UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CLEAR SPRING PROPERTY AND CASUALTY COMPANY,

    *Plaintiff,*

-against-

SAM SCHLESINGER, DIAMOND HR BENEFITS LLC, EAGLE RISK SERVICES, LLC, AND ALLSTATE ADMINISTRATORS, LLC, BAY PARK CENTER FOR NURSING AND REHABILITATION, LLC, BROOKHAVEN REHABILITATION & HEALTH CARE CENTER, LLC, EASTCHESTER REHABILITATION & HEALTH CARE CENTER, LLC, NASSAU OPERATING COMPANY, LLC, ROSS ACQUISITION, LLC, NEW SURFSIDE NURSING HOME, LLC, SHOREFRONT OPERATING, LLC, WOODMERE REHABILITATION & HEALTHCARE CENTER, INC., WILLOUGHBY REHABILITATION & HEALTH CARE CENTER, LLC, THROGS NECK OPERATING COMPANY, LLC, KPRH IV OPERATIONS, LLC, AND GOLDEN GATE REHABILITATION & HEALTH CARE CENTER, LLC,

    *Defendants.*

Civ. A. No. 1:23-cv-00034-RER-LB

**STIPULATION OF DISMISSAL**

---

DIAMOND HR BENEFITS LLC,

    *Third-Party Plaintiff and Counterclaimant,*

-against-

CLEAR SPRING PROPERTY AND CASUALTY COMPANY

    *Counterclaim Defendant*

CANNON COCHRAN MANAGEMENT SERVICES, INC.,

    *Third-Party Defendant.*

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned, that the above entitled action, including the third-party action, all claims, cross-claims and counterclaims, are dismissed with prejudice, without costs or attorneys' fees to any party against the other, as of September 5, 2025.

This Stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original.

| | |
|---|---|
| LIPSIUS-BEN-HAIM LAW, LLP | CULLEN AND DYKMAN LLP |
| Dated: Kew Gardens, NY<br>May 30, 2025 | Dated: Albany, NY<br>May 30, 2025 |
| By: _____<br>Alexander Sperber<br>80-02 Kew Gardens Road, Suite 1030<br>Kew Gardens, NY 11415<br>212.981.8440<br>asperber@lipsiuslaw.com<br>*Counsel for Diamond HR Benefits LLC, Samuel Schlesinger, Eagle Risk Services, LLC, and Allstate Administrators, LLC* | By: _____<br>Christopher E. Buckey<br>80 State Street, Suite 900<br>Albany, New York 12207<br>518.788.9406<br>cbuckey@cullenllp.com<br>*Counsel for Bay Park Center for Nursing and Rehabilitation, LLC, Brookhaven Rehabilitation & Health Care Center, LLC, Eastchester Rehabilitation & Health Care Center, LLC, Nassau Operating Company, LLC, Ross Acquisition, LLC, New Surfside Nursing Home, LLC, Shorefront Operating, LLC, Woodmere Rehabilitation & Healthcare Center, Inc., Willoughby Rehabilitation & Health Care Center, LLC, Throgs Neck Operating Company, LLC, KPRH IV Operations, LLC, and Golden Gate Rehabilitation & Health Care Center, LLC* |

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER, LLP | MOUND COTTON WOLLAN & GREENGRASS LLP |
| Dated:  New York, NY<br>May 30, 2025 | Dated: New York, NY<br>May 30, 2025 |
| By: *Noah Weissman*<br>Noah Weissman<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212.541.2000<br>Noah.Weissman@bclplaw.com<br>ysteinberg@lipsiuslaw.com<br>*Attorneys for Clear Spring Property and Casualty Company* | By: *Kenneth M. Labbate*<br>Kenneth M. Labbate<br>One New York Plaza, 44th Floor<br>New York, NY 10004<br>212.804.4200<br>KLabbate@moundcotton.com<br>*Attorneys for Cannon Cochran Management Services, Inc.* |